# United States District Court
# For The Western District of North Carolina
# Bryson City Division

Mark Raymond Coffelt,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                            2:09-cv39

State of N. C., et al,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/5/09 Order.

August 5, 2009                                FRANK G. JOHNS, CLERK

                                        BY:  s/Joan Gosnell

                                                Joan Gosnell, Deputy Clerk